1765.

DESTRUC-
TION OF THE
HOUSE OF
THE CHIEF
JUSTICE.

# Auguſt Term

## V. Geo. 3 in Sup. Cur.

————

Preſent:

The Honourable

Thomas Hutchinſon, Eſqr., Chief Juſtice.

John Cuſhing,  } Eſqrs., Juſtices.
Peter Oliver,  }

————

THE Chief Juſtice, addreſſing the whole
Court, ſaid,—

Gentlemen:

    There not being a Quorum of the Court with-
out me, I am obliged to appear.   Some Apology
is neceſſary for my Dreſs — indeed I had no other.
Deſtitute of Everything—no other Shirt—no other
Garment, but what I have on. — And not one in

my

my whole Family in a better Situation than myſelf. The Diſtreſs of a whole Family around me, young and tender Infants hanging about me, are infinitely more inſupportable than what I feel for myſelf; though I am obliged to borrow Part of *this* Cloathing.

Senſible that I am innocent, that all the Charges againſt me are falſe, I cannot help feeling : — And, though I am not obliged to give an Anſwer to all the Queſtions that may be put me by every lawleſs Perſon—yet I call GOD to witneſs,—and I would not for a thouſand Worlds call my *Maker* to witneſs to a Falſehood,—I ſay, I call my *Maker* to witneſs, that I never, in New England or Old, in Great Britain or America, neither directly nor indirectly, was aiding, aſſiſting or ſupporting, or in the leaſt promoting or incouraging what is commonly called the STAMP ACT ; but, on the contrary, did all in my Power, and ſtrove as much as in me lay, to prevent it. — This is not declared through Timidity, for I have Nothing to fear. — They can only take away my Life, which is of but little Value when deprived of all its Comforts, all that is dear to me, and nothing ſurrounding me, but the moſt piercing Diſtreſs.

I hope the Eyes of the People will be opened, that they will ſee how eaſy it is for ſome deſigning wicked Man to ſpread falſe Reports, raiſe Suſpicions and Jealouſies in the Minds of the Populace, and inrage them againſt the Innocent — but, if guilty, this is not the Way to proceed — the Laws of our Country are open to puniſh thoſe who have offended.

offended. — This deftroying all Peace and Order of the Community — *all will feel its Effeſts.* — And I hope all will fee how eafily the People may be deluded, inflamed, and carried away with Madnefs againft an innocent Man —

<em>1765.</em><br>Address of<br>the Chief<br>Justice.

I pray GOD give us better Hearts!

The Court was then adjourned on Account of the riotous Diforders of the preceding Night and univerfal Confufion of the Town, to the 15th of Oſtober following.

————◆————

Learn WISDOM from the prefent Times! Oh, ye Sons of *Ambition!* beware left a Thirft of *Power* prompt you to inflave your Country. Oh ye Sons of *Avarice!* beware left the Thirft of GOLD excite you to inflave your *native* Country. Oh ye Sons of *Popularity!* beware left a Thirft of *Applaufe* move you groundleffly to inflame the Minds of the People. — For the End of Slavery is Mifery to the World, your Country, Fellow-Citizens and Children, — the End of popular Rage, Deftruſtion, Defolation and Ruin.

Who, that fees the *Fury and Inftability* of the Populace, but would feek Proteſtion under the ARM OF POWER? Who that beholds the *Tyranny and Oppreſſion* of arbitrary POWER, but would lofe his Life in Defence of his LIBERTY? Who, that marks the riotous Tumult, Confufion and Uproar of a democratic — the Slavery and Diftrefs of a defpotic State, the infinite Miferies attendant on both, but would

would fly for Refuge from the mad Rage of the one, and oppreſſive Power of the other, to that beſt Aſylum, that Glorious Medium, the BRITISH CONSTITUTION! Happy People! who enjoy this bleſſed *Conſtitution.* Happy! thrice happy People! if ye preſerve it inviolate. May ye never loſe it through a licentious Abuſe of your invaluable Rights and Blood-purchaſed LIBERTIES! May ye never forfeit it by a tame and infamous Submiſſion to the Yoke of Slavery and lawleſs DESPOTISM.

> " Remember, O, my Friends, the LAWS, the RIGHTS,
> " The generous Plan of Power, delivered down
> " From Age to Age by your renown'd Forefathers;
> " So dearly bought, the Price of ſo much Blood :
> " O, let it never periſh in your Hands,
> " But piouſly tranſmit it to your Children.
> " Do thou, great LIBERTY, inſpire our Souls,
> " And make our *Lives in thy Poſſeſſion happy,*
> " Or *our Death* GLORIOUS in thy juſt Defence." (1)

---

(1) Addiſon — *Cato*, Act IV. Sc. 5.